**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS SWANGLER, | ) | CASE NOS. SA CV 05-00459 CJC (RZ) |
| | ) | consolidated with |
| Petitioner, | ) | SA CV 05-00460 CJC (RZ) |
| | ) | |
| vs. | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
| STATE OF CALIFORNIA, | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the consolidated Petitions, records on file, and the Amended Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Amended Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 16, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE