**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS SWANGLER, | ) | CASE NOS. SA CV 05-00459 CJC (RZ) |
| Petitioner, | ) | consolidated with SA CV 05-00460 CJC (RZ) |
| vs. | ) | |
| STATE OF CALIFORNIA, | ) | JUDGMENT |
| Respondent. | ) | |

This matter came before the Court on the consolidated Petitions of PAUL THOMAS SWANGLER, for a writ of habeas corpus.  Having reviewed the Petitions and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petitions are denied and the actions dismissed with prejudice.

DATED: March 16, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE